**MEMO ENDORSED**

**AKIN LAW GROUP PLLC**
45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel. (212) 825-1400    Fax. (212) 825-1440

October 4, 2023

**Via ECF**
The Honorable Nelson S. Román, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

> Re: *Beda, et al., v. The Nurtury at Flandreau, Inc., et al.*
> Case No.: 7:22-cv-04827 (NSR)(VR)

Dear Judge Román:

This firm represents Plaintiffs, Jeniffer Beda ("Beda") and Nicole Garcia ("Garcia") (collectively, "Plaintiffs"), in the above-referenced putative class and collective action. Defendants are represented by Jason Wolf, Esq., of Rutkin & Wolf PLLC. The parties write jointly to respectfully request an adjournment of the case management teleconference, presently scheduled for October 26, 2023 at 10:00 a.m.

The parties are respectfully requesting this extension in light of the previously granted extension of the parties' discovery schedule by Hon. Paul E. Davison, U.S.M.J. (Ret.) and the extension of the briefing schedule for Plaintiffs' motions for conditional certification of an FLSA and of a Title VII Collective granted by Hon. Victoria Reznik, U.S.M.J. Discovery remains ongoing, and the parties presently have a status conference with Judge Reznik scheduled for November 7, 2023. The current deadline for party depositions is December 1, 2023, and the parties respectfully request the Court schedule a case management conference after that deadline, at the Court's convenience, to allow the parties to complete key fact discovery. Concurrent with this request, the parties will respectfully request from Judge Reznik a further extension of the briefing schedule of the Plaintiffs' conditional certification motions, in light of recent developments related to Defendants' businesses, the simultaneous discovery disputes the parties are attempting to resolve without motion practice, with a view towards preserving the and the Court's and the parties' resources, as the parties are actively exploring the possibility of resolution prior to motion practice, and as an accommodation for the undersigned's upcoming wedding and post-wedding travel.

This is the parties' first request for an adjournment of the case management teleconference, and the parties are jointly requesting this adjournment. If granted, the parties respectfully defer to the Court regarding the rescheduled conference date to any date after December 1, 2023. However, in accordance with Paragraph 1.E. of Your Honor's Individual Practices in Civil Cases, the parties respectfully propose the following alternate conference dates: December 14, 15, or 22, 2023.

We thank the Court for its attention to this matter.

---

**In light of the extension of discovery deadlines, the parties' request to adjourn the Status Teleconf. from Oct. 26, 2023 until Dec. 14, 2023 at 10 am is GRANTED. Counsel are directed to this Court's Order at ECF No. 21 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 36.**
**Dated: White Plains, NY**
       **October 13, 2023**
**SO ORDERED:**

*/s/ Nelson S. Román*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/13/2023__

Respectfully submitted,

**Akin Law Group PLLC**

*/s/ Justin Ames*_____
Justin Ames
45 Broadway, Suite 1420
New York, NY 10006
(212) 825-1400
*Attorneys for Plaintiffs*