UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
BEDA, et al.,

                  Plaintiff(s),           **ADJOURNMENT ORDER**

    - against -

                                             22 Civ. 4827 (NSR)

THE NURTURY AT FLANDREAU, INC.,
et al.,

                  Defendant(s).
--------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

The above case previously scheduled for a telephonic Status Conference on December 14, 2023 before the United States District Judge Nelson S. Román, **is hereby adjourned sine die** pending resolution of Plaintiffs' motion for class certification and of the status of discovery. Counsel is directed to notify this Court within five (5) days upon completion of discovery.

Dated:    White Plains, NY
             December 13, 2023

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2023