UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Beda, et al.,

                        Plaintiffs,

      -against-

The Nurtury, et al.,

                        Defendant.

------------------------------------------------------------------X

7:22-cv-04827-NSR-VR

**ORDER RE STATUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **February 13, 2024 at 10:30 AM.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

      **SO ORDERED.**

DATED:    White Plains, New York
               January 23, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge