# AKIN LAW GROUP PLLC

**45 BROADWAY**
**SUITE 1420**
**NEW YORK, NEW YORK 10006**
Tel. (212) 825-1400    Fax. (212) 825-1440

June 10, 2024

**Via ECF**
The Honorable Victoria Reznik, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

Re:     *Beda, et al., v. The Nurtury at Flandreau, Inc., et al.*
        Case No.: 7:22-cv-04827 (NSR)(VR)

Dear Judge Reznik:

This firm represents Plaintiffs, Jeniffer Beda ("Beda") and Nicole Garcia ("Garcia") (collectively, "Plaintiffs"), in the above-referenced putative class and collective action. Defendants are represented by Jason Wolf, Esq. ("Mr. Wolf"), of Rutkin & Wolf PLLC. Plaintiffs attach herein the revised Exhibit 8 Proposed Notice and Exhibit 11 Email Notice both of which have been modified within this Court's specifications, described in the May 28, 2024 Order granting Plaintiffs' motion for conditional certification.

We thank the Court for its attention to this matter.

Respectfully submitted,

**Akin Law Group PLLC**

*/s/ Kayla S. Callahan*
Kayla S. Callahan
45 Broadway, Suite 1420
New York, NY 10006
(212) 825-1400
*Attorneys for Plaintiffs*