UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Jeniffer Beda, et al.,

                              Plaintiffs,

      -against-

The Nurtury at Flandreau, Inc., et al.,

                              Defendants.

----------------------------------------------------------------X

7:22-cv-04827-NSR-VR

**ORDER RE STATUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

      A telephonic Status Conference is hereby scheduled for **August 28, 2024, at 2:30 PM.**

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference.

      **SO ORDERED.**

DATED:    White Plains, New York
               August 19, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge