UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Jeniffer Beda et al.,

                            Plaintiffs,                    22-cv-04827-NSR-VR

          -against-                            **ORDER**

The Nurtury at Flandreau, Inc. et al.,

                            Defendants.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      On October 13, 2025, Plaintiffs submitted a status letter raising a discovery dispute regarding Defendants failure to respond to discovery requests served on them by Plaintiffs in August 2025. (ECF No. 102). Defendants were directed to respond to Plaintiffs' letter by October 17, 2025, and a Discovery Conference was scheduled for October 21, 2025, at 11:30 a.m. (ECF No. 103).

      Counsel for Plaintiffs appeared for the Discovery Conference, but counsel for Defendants failed to do so.[1] After attempts to contact defense counsel were unsuccessful, the Court spoke to Plaintiffs' counsel about the status of discovery. Plaintiffs' counsel explained that Defendants failed to respond to the August 2025 discovery requests and had not communicated with Plaintiffs for the last several months.

      Defendants' failure to appear at the Discovery Conference, combined with the apparent lack of communication with Plaintiffs' counsel, is concerning. By no later than October 24, 2025, Defendants are directed to submit a letter

---

[1] Defendants also failed to respond to Plaintiffs' October 13th letter by the October 17th deadline.

explaining why they failed to appear for the Discovery Conference and providing an update on the status of discovery. At that time, the Court will determine the appropriate next steps to ensure discovery proceeds efficiently.

    **SO ORDERED.**

DATED:    White Plains, New York
              10/21/2025

_____
VICTORIA REZNIK
United States Magistrate Judge