USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Jeniffer Beda et al.,

                                        Plaintiffs,                                22-cv-04827-NSR-VR

                        -against-
The Nurtury at Flandreau, Inc. et al.,                                    **ORDER**
                                        Defendants.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

By order entered October 21, 2025, Defendants were directed to submit a letter to the Court by no later than October 24, 2025, to explain why they failed to appear for the telephonic Discovery Conference on October 21st and to provide an update on the status of discovery. (ECF No. 105). The Court has not yet received Defendants' letter, which is now due by October 31, 2025.

If Defendants fail to timely submit their letter, the Court will issue an order to show cause as to why Defendants should not be sanctioned under Rule 37 of the Federal Rules of Civil Procedure for failure to abide by their discovery obligations and the Court's orders.

            **SO ORDERED.**

DATED:      White Plains, New York
            10/27/2025

                                                _____
                                                VICTORIA REZNIK
                                                United States Magistrate Judge

1