**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Jeniffer Beda et al.,

                         Plaintiffs,

             -against-
The Nurtury at Flandreau, Inc. et al.,

                       Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:_ 11/3/2025 _

22-cv-04827-NSR-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

By order entered October 21, 2025, Defendants were directed to submit a letter to the Court by no later than October 24, 2025, to explain why they failed to appear for a telephonic Discovery Conference on October 21st and to provide an update on the status of discovery. (ECF No. 105). By order entered October 27, 2025, Defendants were directed to comply with the October 21st order and submit a letter to the Court. (ECF No. 106). In the October 27th Order, Defendants were placed on notice that a failure to comply with the order and submit a letter would result in "an order to show cause as to why [they] should not be sanctioned under Rule 37 of the Federal Rules of Procedure for failure to abide by their discovery obligations and the Court's orders." (*Id.*). Defendants failed to submit any letter.

Defendants will be given one additional opportunity to comply with the Court's orders. Failure to comply with this third Order will result in a scheduled hearing at which Defendants will be required to show cause for why they should not be sanctioned under Rule 37 for failing to abide by their discovery

1

obligations and the Court's orders. Such sanctions may include prohibiting Defendants from introducing evidence or from supporting or opposing claims or defenses, finding Defendants in contempt of court, and monetary sanctions that would require Defendants to pay reasonable attorney's fees and costs to Plaintiffs. *See* Fed. R. Civ. P. 37(b)(2)(A), (b)(2)(C), (d)(3); *Sprint Nextel Corp. v. Ace Wholesale, Inc.*, Civil Action No. 1:12-cv-2902-JEC, 2014 WL 4308355, *2 (S.D.N.Y. Aug. 26, 2014).

Accordingly, Defendants are **ORDERED** (for a third and final time) to submit a letter, by no later than November 10, 2025, explaining why they failed to appear for the October 21st Discovery Conference, updating the Court on the status of discovery, and confirming whether they are in possession of any documents responsive to Plaintiffs' August 2025 requests for production.

Counsel for Plaintiffs is directed to arrange for in-person service of this Order on counsel for Defendants and to file proof of service via ECF.

**SO ORDERED.**

DATED:    White Plains, New York
          11/3/2025

VICTORIA REZNIK
United States Magistrate Judge